## DALY v. GEORGIA POWER COMPANY et al.

No. 11835. NOVEMBER 27, 1937. REHEARING DENIED DECEMBER, 15, 1937.

Russell, C. J., Atkinson, P. J., and Hutcheson, J., being disqualified, Judges Gardner, Hardeman, and Smith were designated for this case.

Carl F. Hutcheson and C. E. Moore, for plaintiff.

Colquitt, MacDougald, Troutman & Arkwright, Louis A. Burton, and Dudley Cook, for defendant.